

**Peter M. Routhier**
Partner
peter.routhier@faegredrinker.com
+1 612 766 8770 direct

Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota  55402
+1 612 766 7000 main
+1 612 766 1600 fax

March 30, 2020

**<u>VIA ECF</u>**

The Honorable Tony N. Leung
United States Magistrate Judge
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

    Re:    *Universal Polygram International Publishing, Inc. et al v. AMG-Woodbury, L.L.C. et al*, Case No. 0:20-cv-655 (DSD/TNL)

Dear Judge Leung:

This law firm represents the plaintiffs in the above-captioned litigation. The defendants are not represented by counsel at this time.

The parties are actively working on a potential resolution of this case. In the circumstances, we request a 21-day extension of time for the defendants to respond to the complaint (i.e., up to and including April 16, 2020).

Thank you for your consideration of this request.

Respectfully submitted,

Peter M. Routhier

cc:    Brian Asmus (*via electronic mail*)