**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Universal Polygram International Publishing, et al., | Case No. 20-cv-655 (DSD/TNL) |
| Plaintiffs, | |
| v. | **ORDER** |
| AMG-Woodbury, LLC, and Anne E. Loff, | |
| Defendants. | |

Plaintiffs filed suit on March 3, 2020. (ECF No. 1). Defendants were served on March 5, 2020. (ECF Nos. 8 & 9). On March 30, 2020, Plaintiffs informed the Court that the parties were working to resolve the case and sought a 21-day extension for Defendants to respond to the complaint. (ECF No. 10). The Court granted that request and ordered Defendants to respond to the complaint on or before April 16, 2020. (ECF No. 11). The April 16, 2020 deadline has passed with no appearance by either Defendant.

It therefore appears that more than 90 days have elapsed since suit was filed against Defendants and that no answer or response to the complaint has been entered by either Defendant. The Federal Rules of Civil Procedure and the Local Rules of this District require that an answer or other pleading be filed.

Accordingly, counsel for Plaintiffs is directed to:

1. Notify Defendants or their counsel immediately that they are required to answer or otherwise plead to the complaint <u>or</u> submit a stipulation for an extension of time to answer or otherwise plead within 10 days of service of the notice; and

2. If no answer or other pleading is filed by Defendants within 10 days of service of the notice, Plaintiffs shall file an application for entry of default or motion for default within 30 days of the date of this order; or

3. Advise the undersigned <u>in writing</u> of any good cause to the contrary.

Failure to comply with this Order may result in dismissal of this action for failure to prosecute.

Date: June 19, 2020

          s/ Tony N. Leung
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*Universal Polygram International Publishing, Inc., et al. v. AMG-Woodbury, LLC, et al.*
Case No. 20-cv-655 (DSD/TNL)

2