| | |
|---|---|
| United States District Court | DISTRICT OF MINNESOTA |

| | |
|---|---|
| Universal Polygram International Publishing, Inc., et al.,<br><br>        Plaintiff,<br><br>v.<br><br>AMG-Woodbury, LLC and Anne E. Loff<br><br>        Defendant, | Court File Number<br><br>20-cv-655 (DSD/TNL)<br><br><br><br>Affidavit of Service |

State of Minnesota )
County of Hennepin )

I, Jeremy M. Fuchs, state that on Wednesday, June 24, 2020 at 10:35 AM I served the Order; Civil Docket; Complaint; Civil Cover Sheet; Summons; Rule 7.1 Disclosure Statement; and Attachments upon AMG-Woodbury, LLC, therein named, personally at Suite 300, 314 1st Avenue North, Minneapolis, MN 55401, by handing to and leaving with Anne Loff, Vice President of said AMG-Woodbury, LLC, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 6/24/2020   _____
                     Jeremy M. Fuchs, Process Server



METRO LEGAL
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

RE: 410018.000004   -1-