| United States District Court | DISTRICT OF MINNESOTA |
|---|---|
| Universal Polygram International Publishing, Inc., et al., | Court File Number |
| Plaintiff, | 20-cv-655 (DSD/TNL) |
| v. | |
| AMG-Woodbury, LLC and Anne E. Loff | |
| Defendant, | Affidavit of Service |

State of Minnesota )
County of Hennepin )

I, Jeremy M. Fuchs, state that on Wednesday, June 24, 2020 at 10:35 AM I served the Order; Civil Docket; Complaint; Civil Cover Sheet; Summons; Rule 7.1 Disclosure Statement; and Attachments upon Anne E. Loff, therein named, personally at Suite 300, 314 1st Avenue North, Minneapolis, MN 55401, by handing to and leaving with Anne E. Loff, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 6/24/2020   _____
Jeremy M. Fuchs, Process Server


*2431355 - 2*


METRO LEGAL
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

RE: 410018.000004                     -1-